Sam Jukofsky and Another, Respondents, v. Joseph Kottler and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, . P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles C. Carhart, Appellant, v. William R. Keene, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jane Duffy, Respondent, v. Peter Duffy, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Leon Kauffman and Joseph M. Herzberg, Respondents, v. Ada L. Simis, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Herman Van Slochem, Appellant, v. Harold G. Villard, Respondent, Impleaded with Others.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abigail H. Bishop, Respondent, v. James C. Bishop, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alexander Slabeyko, Respondent, v. American Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adolf H. Landeker, Respondent, v. Property Security Company and Abraham Eisenstein, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Theresa M. Goldstein, Respondent, v. Alexander Goldstein, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry Bachrach and Julia Bachrach, as Executors, etc., of Abram Bachrach, Deceased, Appellants, v. Haase-Lippman Construction Company and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Louis Herman.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Solomon H. Loorge.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Christina Kancher v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.